UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE M. VASQUEZ,<br><br>Plaintiff,<br><br>-against-<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>Defendant. | Civil Action No. 3:17-cv-02797-JST<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br>**WITH PREJUDICE** |

    PLEASE TAKE NOTICE that plaintiff Enrique M. Vasquez hereby dismisses all claims against defendant Creditors Specialty Service, Inc. without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

                                        MARCUS ZELMAN, LLC
                                        Attorneys for Plaintiff

                                        By: /s Yitzchak Zelman

Dated:  August 16, 2017


                                        SO ORDERED

                                        This _____day of _____, 2017


                                        _____
                                        Hon. Jon S. Tigar